## FIRST DEPARTMENT, MARCH, 1946.

## (March 1, 1946.)

WALTER FRIEDENBERG, Appellant, v. ROYAL TYPEWRITER COMPANY, INC., Respondent.— Judgment and orders, so far as appealed from, unanimously

affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *post*, p. 884.]